IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Derek J. Rocco ) | Case No. 19-23634 CMB |
| Mary Rae Rocco, ) | Chapter 13 |
| Debtor(s) ) | Related to Document No. 73 |
| ) | |
| ) | |
| Derek J. Rocco, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 4128 ) | |
| ) | |
| vs. ) | |
| ) | |
| Cloudfit and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 13, 2020, a true and correct copy of the *Order To Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Derek J. Rocco
107 Druid Drive
McMurray, PA 15317

Cloudfit
Attn: Payroll
300 Lucado Place
Lynchburg, VA 24504

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:      November 13, 2020      /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA I.D. 34965