IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Derek J. Rocco | ) Case No. 19-23634 CMB |
| Mary Rae Rocco, | ) Chapter 13 |
|     Debtor(s) | ) Document No. |
| | ) |
| Derek J. Rocco, | ) |
|     Movant(s) | ) |
| | ) Related to Doc. No. 70 |
| Social Security No. XXX-XX- 4128 | ) |
| | ) |
| vs. | ) |
| | ) |
| Crown Castle and | ) |
| Ronda J. Winnecour, Trustee | ) |
|     Respondent(s) | ) |

## ORDER OF COURT

AND NOW, to wit, this __12th__ day of __November__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Derek J. Rocco be terminated immediately.

Employer:

> Crown Castle
> Attn: Payroll
> 2000 Corporate Drive
> Canonsburg, PA 15317

FILED
11/12/20 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23634-CMB

Derek J. Rocco     Chapter 13

Mary Rae Rocco

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2
Date Rcvd: Nov 12, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Kenneth Steidl
    on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Rebecca Solarz
    on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com

TOTAL: 9