**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/01/2020

IN RE:

DEREK J. ROCCO
MARY RAE ROCCO
107 DRUID DRIVE
MCMURRAY, PA 15317
XXX-XX-4128          Debtor(s)

XXX-XX-6312

Case No.19-23634 CMB

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/1/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BMW BANK OF NORTH AMERICA**<br>PO BOX 78066<br>PHOENIX, AZ 85062 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 24,253.20<br>COMMENT: 24253@0%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8477 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: CL6GOV*349.61/PL*354.96 x(60+2)=LMT*BGN 11/19/CL-PL*W/24 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2437 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLE, FL 33146 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*2196.02/PL@FLAGSTAR*DKT4LMT*FR BAYVIEW*DOC 66*BGN 12/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9316 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 7,955.54<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,432.37<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5905 |
| **CITIZENS BANK NA****<br>C/O FIRSTMARK SERVICES<br>PO BOX 2977<br>OMAHA, NE 68103 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 66,411.67<br>COMMENT: STDNT LN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7417 |
| **CITIZENS BANK NA****<br>C/O FIRSTMARK SERVICES<br>PO BOX 2977<br>OMAHA, NE 68103 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 35,347.32<br>COMMENT: NO NUM/SCH*STDNT LN*TIMELY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7920 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 11,146.30<br>COMMENT: NO NUM/SCH*LOAN TAKEN 8/14/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5172 |
| **KEYBANK NA****<br>ATTN NOTICES - BANKRUPTCY<br>4910 TIEDEMAN RD<br>BROOKLYN, OH 44144 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KEYBANK NA****<br>ATTN NOTICES - BANKRUPTCY<br>4910 TIEDEMAN RD<br>BROOKLYN, OH 44144 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **KEYBANK NA\*\***<br>ATTN NOTICES - BANKRUPTCY<br>4910 TIEDEMAN RD<br><br>BROOKLYN, OH  44144 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MED FINANCIAL**<br>298 NORTH SEVEN OAKS DR<br><br>KNOXVILLE, TN  37922 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PAYPAL CREDIT++**<br>PO BOX 105658<br><br>ATLANTA, GA  30348-5658 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 8,420.21<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0651 |
| **PROSPER MARKETPLACE INC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 9,536.75<br>COMMENT: NO NUM/SCH\*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9507 |
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 21,405.31<br>COMMENT: PROSPER FUNDING\*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6919 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 86,153.73<br>COMMENT: NO NUM/SCH~SOFI LENDING/SHERMAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3189 |
| **ST CLAIR HOSPITAL**<br>1000 BOWER HILL RD<br><br>PITTSBURGH, PA  15243-0899 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLEGE AVE STUDENT LOANS**<br>ATTN BANKRUPTCY<br>233 N KING ST STE 400<br>WILMINGTON, DE  19801 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO $/SCH\*UAS/COLLEGE AVE STUDENT\*NT ADR/SCH\*CO-SIGNER ON LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 2,320.57<br>COMMENT: UNS/OE\*NO NUM/SCH\*6352508035 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8035 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: GABRIELLE WATSON/SCH H |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: MATRIX FNCL/PRAE |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4128 | CLAIM: 258.60<br>COMMENT: NT/SCH |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2437 | CLAIM: 356.60<br>COMMENT: CL6GOV*$0 ARRS/PL*W/2*THRU 10/19 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4185 | CLAIM: 2,143.98<br>COMMENT: NT/SCH*BEST BUY |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: BAYVIEW/PRAE |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5567 | CLAIM: 0.00<br>COMMENT: /AMD F*6-9-20 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLE, FL 33146 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9316 | CLAIM: 2,285.45<br>COMMENT: $0 ARRS/PL@FLAGSTAR~W/POST TO BGN 11/19*THRU 11/19*LATE*FR BAYVIEW*I |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: COMMUNITY LN/PRAE |