2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23634-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Derek J. Rocco
107 Druid Drive
McMurray PA 15317

Mary Rae Rocco
107 Druid Drive
McMurray PA 15317

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/08/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148

Name and Address of Transferee:

PERITUS PORTFOLIO SERVICES LLC
PO BOX 141419
Irving, Tx 75014-1419

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/11/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 19-23634-CMB

Derek J. Rocco            Chapter 13

Mary Rae Rocco

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 2

Date Rcvd: Dec 09, 2020      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID**     **Recipient Name and Address**
15166914     + First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
     on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Jerome B. Blank
     on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

Kenneth Steidl
     on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
     on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
   on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Rebecca Solarz
   on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com

TOTAL: 9