IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Derek J. Rocco ) | Case No. 19-23634 CMB |
| Mary Rae Rocco, ) | Chapter 13 |
|     Debtor(s) ) | Document No.  93 |
| ) | |
| Derek J. Rocco, ) | |
|     Movant(s) ) | |
| ) | |
| ) | |
| Social Security No. XXX-XX- 4128 ) | |
| ) | |
|     vs. ) | |
| ) | |
| Cloudfit and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___16th___ day of ___November___, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Derek J. Rocco be terminated immediately.

Employer:

        **Cloudfit**
        **Attn: Payroll**
        **863 Church Street**
        **Lynchburg, VA 24504**

FILED
11/16/22 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Derek J. Rocco  
Mary Rae Rocco  
    Debtors

Case No. 19-23634-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Nov 16, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com

Christopher A. DeNardo  
    on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Christopher A. DeNardo  
    on behalf of Creditor Community Loan Servicing LLC logsecf@logs.com

Jerome B. Blank  
    on behalf of Creditor Bayview Loan Servicing LLC pawb@fedphe.com

Kenneth Steidl  
    on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com

TOTAL: 11