**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-23634** |
| **Derek J. Rocco** | **Chapter 13** |
| **Mary Rae Rocco** | **Judge Carlota M. Bohm** |
| | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Nationstar Mortgage LLC** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Stephen R. Franks
Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-036503_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:** :
: **Case No.: 19-23634**
**Derek J. Rocco** : **Chapter 13**
**Mary Rae Rocco** : **Judge Carlota M. Bohm**
: * * * * * * * * * * * * * * * * * *
**Debtor(s)** :
:
**Nationstar Mortgage LLC** : **Related Document #**
**Movant,** :
:
:
**No Respondent(s).** :

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 1, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for Derek J. Rocco and Mary Rae Rocco, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
Derek J. Rocco and Mary Rae Rocco, 107 Druid Drive, McMurray, PA  15317


EXECUTED ON: December 1, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission


22-036503_PS