# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**

DEREK J. ROCCO  
MARY RAE ROCCO

**Case Number:** 19-23634

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to **PAYMENT ONLY**, listed in the above stated case, be changed.

| FROM: | TO: |
|---|---|
| BMW Bank | BMW Financial Services |
| POB 78066, | 1400 City View Drive, |
| Phoenix, AZ 85062 | Columbus, OH 43215 |

**NOTE\* There is no change in Notice address.**

/s/ Zann Welch

Dated: 04/21/2023

Creditor's Authorized Agent for BMW Financial Services

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused to be served a true and correct copy of the above and foregoing change of address document via the Bankruptcy Court's electronic filing and notice system and/or First Class, U.S. Mail, postage prepaid to all parties listed below.

**Case information**

| Debtor(s) | | | |
|---|---|---|---|
| DEREK J. ROCCO AND MARY RAE ROCCO | | | |
| **Street** | **City** | **State** | **Zip** |
| 107 DRUID DRIVE | MCMURRAY | PA | 15317 |
| **Case Number** | **Court** | **Chapter** | **Filing Date** |
| 19-23634 | WESTERN DISTRICT OF PENNSYLVANIA | 13 | 09/16/2019 |

**Trustee:**
RONDA J WINNECOUR
*Served Electronically*

**Debtor(s):**

DEREK J. ROCCO AND MARY RAE ROCCO
107 DRUID DRIVE
MCMURRAY, PA 15317

**Debtor Attorney:**
KENNETH STEIDL
*Served Electronically*

By:

/s/ Zann Welch
Zann Welch
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Oklahoma City, OK 73118

**Date:** 04/21/2023