# U.S. Bankruptcy Court
## WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)
### Bankruptcy Petition #: 19-23634-CMB

*Assigned to:* Bankruptcy Judge Carlota M Bohm
Chapter 13
Previous chapter 7
Original chapter 7
Voluntary
Asset

*Date filed:* 09/16/2019
*Date converted:* 11/06/2019
*Plan confirmed:* 05/26/2020
*341 meeting:* 12/09/2019
*Deadline for filing claims:* 01/15/2020
*Deadline for filing claims (govt.):* 03/16/2020

*Debtor*
**Derek J. Rocco**
107 Druid Drive
McMurray, PA 15317
WASHINGTON-PA
SSN / ITIN: xxx-xx-4128

represented by **Kenneth Steidl**
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
412-391-8000
Email: julie.steidl@steidl-steinberg.com

*Joint Debtor*
**Mary Rae Rocco**
107 Druid Drive
McMurray, PA 15317
WASHINGTON-PA
SSN / ITIN: xxx-xx-6312

represented by **Kenneth Steidl**
(See above for address)

*Trustee*
**Pamela J. Wilson**
810 Vermont Avenue
Pittsburgh, PA 15234
412-341-4323
*TERMINATED: 11/06/2019*

represented by **Pamela J. Wilson**
810 Vermont Avenue
Pittsburgh, PA 15234
412-341-4323
Email: pwilson@pjwlaw.net

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

| Filing Date | # | Docket Text |
|---|---|---|
| 08/18/2023 | [111](#) (2 pgs; 2 docs) | Declaration Re: Notice of Mortgage Payment Change Claim Number 15. This is not an omnibus declaration. (The Declaration reflects that the current plan is sufficient to accommodate the plan change.) Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Attachments: # [1](#) Certificate of Service) (Steidl, Kenneth) (Entered: 08/18/2023) |
| 08/07/2023 | 110 | CORRECTIVE ENTRY: COUNSEL SHALL FILE A REVISED NOTICE OF APPEARANCE ENSURING THAT BOTH DEBTORS' NAMES ARE INCLUDED IN THE CAPTION OF THE PDF. (RE: related document(s): [109](#) Notice of Appearance and Request for Notice filed by Creditor NATIONSTAR MORTGAGE LLC). (culy) (Entered: 08/07/2023) |
| 08/07/2023 | [109](#) (2 pgs) | Notice of Appearance and Request for Notice by Mario J. Hanyon Filed by Creditor NATIONSTAR MORTGAGE LLC (Hanyon, Mario) CORRECTIVE ENTRY: COUNSEL SHALL FILE A REVISED |

| Date | Doc # | Description |
|---|---|---|
| | | NOTICE OF APPEARANCE PDF TO INSURE THAT BOTH DEBTORS' NAMES ARE INCLUDED IN THE CAPTION OF THE PDF. Modified on 8/7/2023 (culy). (Entered: 08/07/2023) |
| 04/21/2023 | 108 (2 pgs) | Notice of Change of Address Filed by BMW Financial Services (Welch, Zann) (Entered: 04/21/2023) |
| 03/02/2023 | 107 (4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 106 Order on Motion to Attach Wages). Notice Date 03/02/2023. (Admin.) (Entered: 03/03/2023) |
| 02/28/2023 | 106 (3 pgs; 2 docs) | Order Signed on 2/28/2023 Granting Motion to Attach Wages (Related Doc # 105). (dric) (Entered: 02/28/2023) |
| 02/24/2023 | 105 (3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *AgileIT* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 02/24/2023) |
| 02/15/2023 | 104 (7 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 103 Order -Non-motion related-). Notice Date 02/15/2023. (Admin.) (Entered: 02/16/2023) |
| 02/13/2023 | 103 (5 pgs; 2 docs) | Consent Order of Court Modifying Plan Signed on 2/13/2023 (RE: related document(s): 102 Consent). (dric) (Entered: 02/13/2023) |
| 02/09/2023 | 102 (3 pgs) | Consent *Order of Court Modifying Plan* Filed by Trustee Ronda J. Winnecour (RE: related document(s): 15 Chapter 13 Plan filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 54 Order Confirming Chapter 13 Plan and Setting Deadlines). (Katz, Owen) (Entered: 02/09/2023) |
| 02/03/2023 | 101 | It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. 100, any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 2/3/2023. (RE: related document(s): 100 Amended Schedules A B C G H I J). (dric) (Entered: 02/03/2023) |
| 02/01/2023 | 100 (7 pgs) | The following schedule(s) have been amended: Schedule I Schedule J. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Steidl, Kenneth) (Entered: 02/01/2023) |
| 12/01/2022 | 99 (2 pgs) | Notice of Appearance and Request for Notice by Stephen Russell Franks Filed by Creditor NATIONSTAR MORTGAGE LLC (Franks, Stephen) (Entered: 12/01/2022) |
| 11/18/2022 | 98 (4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 96 Order on Motion to Attach Wages). Notice Date 11/18/2022. (Admin.) (Entered: 11/19/2022) |
| 11/18/2022 | 97 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 95 Order on Motion to Terminate Wage Attachment). Notice Date 11/18/2022. (Admin.) (Entered: 11/19/2022) |
| 11/16/2022 | 96 (3 pgs; 2 docs) | Order Signed on 11/16/2022 Granting Motion to Attach Wages (Related Doc # 94). (dric) (Entered: 11/16/2022) |
| 11/16/2022 | 95 (2 pgs; 2 docs) | Order Signed on 11/16/2022 Granting Motion to Terminate Wage Attachment (Related Doc # 93). (dric) (Entered: 11/16/2022) |
| 11/13/2022 | 94 (3 pgs; 2 docs) | Motion to Attach Wages. Employer: *AgileIT* Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/13/2022) |
| 11/13/2022 | 93 (3 pgs; 2 docs) | Motion to Terminate Wage Attachment. Employer: *Cloudfit* Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/13/2022) |
| 09/28/2022 | 92 (1 pg) | Order entered 9/28/2022 approving Omnibus Motion to Withdraw the Appearance Rebecca Solarz, Esq. and Enter the Appearance of Brian C. Nicholas, Esq. at Miscellaneous Case No. 22-225. Brian C. Nicholas, Esq. is substituted as counsel for Rebecca Solarz, Esq. in this case. (llea) (Entered: 09/29/2022) |
| 09/15/2022 | 91 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s): 89 Transfer of Claim filed by Creditor Community Loan Servicing, LLC). Notice Date 09/15/2022. (Admin.) (Entered: 09/16/2022) |

| | | |
|---|---|---|
| 08/23/2022 | 90 | Receipt of Transfer of Claim( 19-23634-CMB) [claims,trclm] ( 26.00) filing fee. Receipt number A16028373, amount $ 26.00. (U.S. Treasury) (Entered: 08/23/2022) |
| 08/23/2022 | 89 (7 pgs; 3 docs) | Transfer of Claim:15 Transfer Agreement 3001 (e) 2 Transferor: Community Loan Servicing, LLC (Claim No. 15) To Nationstar Mortgage LLC Filed by Community Loan Servicing, LLC (DeNardo, Christopher) (Entered: 08/23/2022) |
| 12/02/2021 | 88 (4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 87 Order on Motion to Attach Wages). Notice Date 12/02/2021. (Admin.) (Entered: 12/03/2021) |
| 11/30/2021 | 87 (3 pgs; 2 docs) | Modified Order Signed on 11/30/2021 Granting Motion to Attach Wages (Related Doc # 86). (dric) (Entered: 11/30/2021) |
| 11/29/2021 | 86 (4 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *Cloudfit* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/29/2021) |
| 11/24/2021 | 85 (2 pgs; 2 docs) | Declaration Re: Notice of Mortgage Payment Change Claim Number 15. This is not an omnibus declaration. (The Declaration reflects that the current plan is sufficient to accommodate the plan change.) Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 11/24/2021) |
| 11/24/2021 | 84 (3 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *Cloudfit* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/24/2021) |
| 10/26/2021 | 83 | Judge Bohm has updated her procedures for all chapter 13 cases effective November 1, 2021. These procedures can be found in the Chapter 13 Initial Case Management Order to be issued in all chapter 13 cases filed or converted on or after November 1, 2021. A sample of the Chapter 13 Initial Case Management Order can be found on Judge Bohm's webpage here (www.pawb.uscourts.gov/sites/default/files/forms/CMB-form-ch13-6.pdf). Please note that while the Chapter 13 Initial Case Management Order will not be issued in chapter 13 cases commenced before November 1, 2021, the procedures therein will apply in all existing cases going forward. The relevant forms can be found on Judge Bohm's Forms page here (www.pawb.uscourts.gov/forms-2). (jkro) (Entered: 10/26/2021) |
| 02/16/2021 | 82 (2 pgs) | Trustee's Interim Notice of Cure of Arrears Filed by Ronda J. Winnecour. (vde13) (Entered: 02/16/2021) |
| 12/11/2020 | 81 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s): 79 Transfer of Claim filed by Creditor PERITUS PORTFOLIO SERVICES LLC). Notice Date 12/11/2020. (Admin.) (Entered: 12/12/2020) |
| 12/08/2020 | 80 | Receipt of Transfer of Claim(19-23634-CMB) [claims,trclm] ( 26.00) filing fee. Receipt number 15321983, amount $ 26.00. (U.S. Treasury) (Entered: 12/08/2020) |
| 12/08/2020 | 79 (5 pgs; 3 docs) | Transfer of Claim:6 Transfer Agreement 3001 (e) 2 Transferor: First National Bank of Pennsylvania (Claim No. 6) To PERITUS PORTFOLIO SERVICES LLC Filed by PERITUS PORTFOLIO SERVICES LLC (Yarbrough, Georgina) (Entered: 12/08/2020) |
| 12/08/2020 | 78 (2 pgs; 2 docs) | Declaration Re: Notice of Mortgage Payment Change Claim Number 15. (The Declaration reflects that the current plan is sufficient to accommodate the plan change.) Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 12/08/2020) |
| 12/01/2020 | 77 (5 pgs) | Notice of Claims Filed And Intention to Pay Claims (vde13) (Entered: 12/01/2020) |
| 11/14/2020 | 76 (4 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 73 Order on Motion to Attach Wages). Notice Date 11/14/2020. (Admin.) (Entered: 11/15/2020) |
| 11/14/2020 | 75 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 72 Order on Motion to Terminate Wage Attachment). Notice Date 11/14/2020. (Admin.) (Entered: 11/15/2020) |
| 11/13/2020 | 74 (1 pg) | Certificate of Service Filed by Debtor Derek J. Rocco (RE: related document(s): 73 Order on Motion to Attach Wages). (Steidl, Kenneth) (Entered: 11/13/2020) |
| 11/12/2020 | 73 (3 pgs; 2 docs) | Modified Order Signed on 11/12/2020 Granting Motion to Attach Wages (Related Doc # 71). (dric) (Entered: 11/12/2020) |
| 11/12/2020 | 72 (2 pgs; 2 docs) | Order Signed on 11/12/2020 Granting Motion to Terminate Wage Attachment (Related Doc # 70). (dric) (Entered: 11/12/2020) |

| | | |
|---|---|---|
| 11/11/2020 | 71 (4 pgs; 2 docs) | Motion to Attach Wages. Employer: *Cloudfit* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/11/2020) |
| 11/11/2020 | 70 (3 pgs; 2 docs) | Motion to Terminate Wage Attachment. Employer: *Crown Castle* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/11/2020) |
| 11/11/2020 | 69 (1 pg) | Notice of Appearance and Request for Notice by Brian Nicholas Filed by Creditor Community Loan Servicing, LLC (Nicholas, Brian) (Entered: 11/11/2020) |
| 10/15/2020 | 68 (3 pgs) | BNC Certificate of Mailing. (RE: related document(s): 66 Transfer of Claim filed by Creditor Community Loan Servicing, LLC). Notice Date 10/15/2020. (Admin.) (Entered: 10/16/2020) |
| 10/12/2020 | 67 | Receipt of Transfer of Claim(19-23634-CMB) [claims,trclm] ( 25.00) filing fee. Receipt number 15245649, amount $ 25.00. (U.S. Treasury) (Entered: 10/12/2020) |
| 10/12/2020 | 66 (7 pgs; 3 docs) | Transfer of Claim:15 Transfer Agreement 3001 (e) 2 Transferor: Bayview Loan Servicing, LLC (Claim No. 15) To Community Loan Servicing, LLC Filed by Community Loan Servicing, LLC (Salmon, Josephine) (Entered: 10/12/2020) |
| 07/29/2020 | 65 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 63 Order on Motion to Attach Wages). Notice Date 07/29/2020. (Admin.) (Entered: 07/30/2020) |
| 07/28/2020 | 64 (1 pg) | Certificate of Service Filed by Debtor Derek J. Rocco (RE: related document(s): 63 Order on Motion to Attach Wages). (Steidl, Kenneth) (Entered: 07/28/2020) |
| 07/27/2020 | 63 (3 pgs; 2 docs) | Modified Order Signed on 7/27/2020 Granting Motion to Attach Wages (Related Doc # 62). (dric) (Entered: 07/27/2020) |
| 07/24/2020 | 62 (4 pgs; 2 docs) | Amended Motion to Attach Wages. Employer: *Crown Castle* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 07/24/2020) |
| 06/10/2020 | 61 (1 pg) | Certificate of Service *OF AMENDED SCHEDULE, NOTICE OF 341 MEETING OF CREDITORS AND TEXT ORDER* Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 58 Amended Schedules D E F filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 60 Amended Schedule - Judge Bohm). (Steidl, Kenneth) (Entered: 06/10/2020) |
| 06/09/2020 | 60 | It is hereby ordered that, whereas the Debtor(s) filed amended schedule(s) at Doc. No. 58, any objections to the amendment(s) must be filed in accordance with W.PA.LBR. 1009-1. Together with service of notice of the amendment(s), the Debtor(s) shall provide notice to all affected parties, the Trustee (if one is appointed), and the United States Trustee that, to the extent applicable based upon the amendment(s) made, any objection to discharge, request for a 341 meeting, and/or objections to exemptions shall be filed on or before thirty days from the date of this Order or the date set forth in the Section 341 Meeting Notice, whichever is later. If the Debtor(s) fail to file a certificate of service showing that proper notice of the amendment(s) has been given in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules, including W.PA.LBR. 1009-1, and this Order, then the amendment(s) are null and void. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Carlota Bohm. Signed on 6/9/2020. (RE: related document(s): 58 Amended Schedules D E F). (dsaw) (Entered: 06/09/2020) |
| 06/09/2020 | 59 | Receipt of Amended Schedules D E F(19-23634-CMB) [misc,amdcm] ( 31.00) filing fee. Receipt number 15075043, amount $ 31.00. (U.S. Treasury) (Entered: 06/09/2020) |
| 06/09/2020 | 58 (10 pgs) | The following schedule(s) have been amended affecting creditors: Schedule F. Fee Amount $ 31. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 57 Notice Regarding Modification to Mailing Matrix filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (Steidl, Kenneth) (Entered: 06/09/2020) |
| 06/09/2020 | 57 (1 pg) | Notice Regarding Modification to Mailing Matrix Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Steidl, Kenneth) (Entered: 06/09/2020) |
| 05/28/2020 | 56 (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 54 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 05/28/2020. (Admin.) (Entered: 05/29/2020) |
| 05/26/2020 | 55 (2 pgs) | Conciliation Conference Held on 5/21/2020 (RE: related document(s): 15 Chapter 13 Plan dated 10/3/2019 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). System Order issued. (culy) (Entered: 05/26/2020) |

| | | |
|---|---|---|
| 05/26/2020 | 54 (4 pgs; 2 docs) | Order Confirming Plan As Modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on May 21, 2020. Signed on 5/26/2020. (RE: related document(s): 15 Chapter 13 Plan). (dric) (Entered: 05/26/2020) |
| 04/30/2020 | 53 | The conciliation conference and/or Section 341(a) meeting of creditors previously scheduled will be held virtually by video conferencing (or telephone) through ZOOM. For information on how to participate go to www.ch13pitt.com. Questions should be addressed to meetings@chapter13trusteewdpa.com or 412-471-5566. Allow 72 hours for answers. (pfri) (Entered: 04/30/2020) |
| 04/29/2020 | 52 (2 pgs; 2 docs) | Declaration Re: Notice of Mortgage Payment Change (The Declaration reflects that the current plan is sufficient to accommodate the plan change.) Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 04/29/2020) |
| 03/09/2020 | 51 (6 pgs; 3 docs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by Creditor Bayview Loan Servicing, LLC Filed by Bayview Loan Servicing, LLC (Attachments: # 1 Exhibit A, Escrow Analysis # 2 Certificate of Service)(Blank, Jerome) (Entered: 03/09/2020) |
| 03/05/2020 | 50 (1 pg) | Certificate of Service Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 48 Order on Objection to Claim). (Steidl, Kenneth) (Entered: 03/05/2020) |
| 02/28/2020 | 49 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 48 Order on Objection to Claim). Notice Date 02/28/2020. (Admin.) (Entered: 02/29/2020) |
| 02/26/2020 | 48 (2 pgs; 2 docs) | Default Order Signed on 2/26/2020 Granting Objection to Claim (Related Doc # 44). (dric) (Entered: 02/26/2020) |
| 02/25/2020 | 47 (2 pgs; 2 docs) | Certificate of No Objection *REGARDING OBJECTION TO PROOF OF CLAIM 11* Regarding the Hearing on 3/11/2020. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 44 Objection to Claim filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 45 Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 02/25/2020) |
| 02/09/2020 | | Terminating Objection to Discharge Deadline (adiuser) (Entered: 02/10/2020) |
| 01/25/2020 | 46 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 43 Notice Reminder to File Personal Financial Management Certificate). Notice Date 01/25/2020. (Admin.) (Entered: 01/26/2020) |
| 01/24/2020 | 45 (4 pgs; 2 docs) | Hearing on Objection to Proof of Claim 11 Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 44 Objection to Claim filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). Hearing scheduled for 3/11/2020 at 10:00 AM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 2/24/2020. (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 01/24/2020) |
| 01/24/2020 | 44 (3 pgs; 2 docs) | Objection to Claim of Wells Fargo Bank, N.A.. At claim number 11. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 01/24/2020) |
| 01/23/2020 | 43 (2 pgs; 2 docs) | Notice reminder to file Certification of Completion of Instructional Course Concerning Personal Financial Management within the applicable deadline set forth in Fed.R.Bankr.P. 1007(c) (adiuser) (Entered: 01/23/2020) |
| 01/21/2020 | 42 (2 pgs) | Creditor Request for Notices on Behalf of Filed by Bayview Loan Servicing, LLC (Fairman, Bryan) (Entered: 01/21/2020) |
| 12/18/2019 | 41 (5 pgs) | BNC Certificate of Mailing. (RE: related document(s): 40 Order Confirming Chapter 13 Plan and Setting Deadlines). Notice Date 12/18/2019. (Admin.) (Entered: 12/19/2019) |
| 12/16/2019 | 40 (4 pgs; 2 docs) | Interim Order Confirming Plan as modified and Setting Deadlines for Certain Actions pursuant to the proceeding held on December 9, 2019. Signed on 12/16/2019. (RE: related document(s): 15 Chapter 13 Plan). Conciliation Conference to be held on 5/21/2020 at 01:00 PM at p60 3251 U.S. Steel Tower, Pittsburgh. (lmar) (Entered: 12/16/2019) |
| 12/10/2019 | 39 | Meeting of Creditors Chapter 13 Held and Concluded on 12/9/2019 Filed by Ronda J. Winnecour. (vde13) (Entered: 12/10/2019) |
| 11/15/2019 | 38 (1 pg) | Notice of Appearance and Request for Notice by Thomas Song Filed by Creditor Matrix Financial Services Corporation (Song, Thomas) (Entered: 11/15/2019) |
| 11/15/2019 | | Chapter 7 Trustee's Report of No Distribution: I, Pamela J. Wilson, having been appointed trustee of the estate of the above-named debtor(s), report that this case was dismissed or converted. I have neither |

| | | |
|---|---|---|
| | | received any property or paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims): Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Pamela J. Wilson (RE: related document(s): 28 Meeting of Creditors Chapter 13 & 12). (Wilson, Pamela) (Entered: 11/15/2019) |
| 11/11/2019 | 37 (1 pg) | Certificate of Service Filed by Debtor Derek J. Rocco (RE: related document(s): 30 Order on Motion to Attach Wages). (Steidl, Kenneth) (Entered: 11/11/2019) |
| 11/10/2019 | 36 (3 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 30 Order on Motion to Attach Wages). Notice Date 11/10/2019. (Admin.) (Entered: 11/11/2019) |
| 11/08/2019 | 35 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 25 Order on Motion to Convert Case from Chapter 7 to Chapter 13). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/08/2019 | 34 (11 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 15 Chapter 13 Plan filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/08/2019 | 33 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s): 28 Meeting of Creditors Chapter 13 & 12). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/08/2019 | 32 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 26 Notice of Terminated Trustee or Attorney). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/08/2019 | 31 (2 pgs) | BNC Certificate of Mailing. (RE: related document(s): 27 Notice Appointing Trustee). Notice Date 11/08/2019. (Admin.) (Entered: 11/09/2019) |
| 11/08/2019 | 30 (3 pgs; 2 docs) | Modified Order Signed on 11/8/2019 Granting Motion to Attach Wages (Related Doc # 29). (dric) (Entered: 11/08/2019) |
| 11/07/2019 | 29 (4 pgs; 2 docs) | Motion to Attach Wages. Employer: *Crown Castle* Filed by Debtor Derek J. Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/07/2019) |
| 11/06/2019 | 28 (3 pgs; 2 docs) | Meeting of Creditors 341(a) meeting to be held on 12/09/2019 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. Last day to oppose discharge or dischargeability is 2/7/2020. Last day to oppose dischargeability due by 2/7/2020. Proofs of Claims due by 1/15/2020. Confirmation hearing to be held on 12/9/2019 at 09:00 AM at p60 3251 U.S. Steel Tower, Pittsburgh. (culy) (Entered: 11/06/2019) |
| 11/06/2019 | 27 (2 pgs; 2 docs) | Notice of Appointment of Trustee. cm: Ronda J. Winnecour, Esq. (culy) (Entered: 11/06/2019) |
| 11/06/2019 | 26 (2 pgs; 2 docs) | Notice of Terminated Trustee. cm: Pamela J. Wilson (RE: related document(s): 25 Order on Motion to Convert Case from Chapter 7 to Chapter 13). (culy) (Entered: 11/06/2019) |
| 11/06/2019 | 25 (2 pgs; 2 docs) | Order Granting Motion to Convert Case from Chapter 7 to Chapter 13 (Related Doc # 16). Signed on 11/6/2019. Trustee Pamela J. Wilson removed from the case. Trustee Ronda J. Winnecour added to the case. (culy) (Entered: 11/06/2019) |
| 11/05/2019 | 24 (2 pgs; 2 docs) | Certificate of No Objection *REGARDING MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13* Regarding the Hearing on 11/21/2019. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 19 Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 21 Exhibit filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 11/05/2019) |
| 10/29/2019 | 23 (2 pgs) | Financial Management Course Certificate for the completion of the course received on 10/27/2019. Filed by Joint Debtor Mary Rae Rocco (Steidl, Kenneth) (Entered: 10/29/2019) |
| 10/29/2019 | 22 (2 pgs) | Financial Management Course Certificate for the completion of the course received on 10/27/2019. Filed by Debtor Derek J. Rocco (Steidl, Kenneth) (Entered: 10/29/2019) |
| 10/17/2019 | 21 (10 pgs) | Exhibit *A* Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco, 19 Hearing on a Judge Bohm Case Set by Attorney or Trustee filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (Steidl, Kenneth) (Entered: 10/17/2019) |

| | | |
|---|---|---|
| 10/16/2019 | 20 | Text Order re: (16 Motion to Convert Case from Chapter 7 to 13). Without further notice or hearing, this pleading will be stricken if the following action is not taken: THE MOTION REFERS TO AN ATTACHED EXHIBIT A, BUT NONE WAS ATTACHED. THE ATTORNEY MUST FILE EXHIBIT A AND LINK IT TO THE MOTION. FILE BY GOING TO BANKRUPTCY>MISCELLANEOUS>EXHIBIT. This text-only entry constitutes the Court's order and notice on this matter. Judge Bohm Signed on 10/16/2019. (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13). Required corrective action due on or before 10/24/2019. (culy) (Entered: 10/16/2019) |
| 10/15/2019 | 19 (5 pgs; 2 docs) | Amended Hearing on MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13 Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). Hearing scheduled for 11/21/2019 at 02:00 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 11/4/2019. (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 10/15/2019) |
| 10/15/2019 | 18 | Text Order re: (16 Motion to Convert Case from Chapter 7 to 13, 17 Hearing on a Judge Bohm Case Set by Attorney or Trustee). Without further notice or hearing, this pleading will be stricken if the following action is not taken: THE ATTORNEY MUST FILE AND SERVE AN AMENDED NOTICE OF HEARING, ENSURING THAT THE CORRECT COURTROOM IS LISTED ON THE PDF, AS WELL AS THE CORRECT NAME OF THE PRESIDING JUDGE. A CERTIFICATE OF SERVICE, INDICATING SERVICE OF THE MOTION AND AMENDED NOTICE OF HEARING, MUST ALSO BE FILED. PLEASE ENSURE THAT THE LIST OF THE NAMES AND ADDRESSES OF THE PARTIES SERVED IS ATTACHED TO THE CERTIFICATE OF SERVICE. This text-only entry constitutes the Court's order and notice on this matter. Judge Bohm Signed on 10/15/2019. (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13, 17 Hearing on a Judge Bohm Case Set by Attorney or Trustee). Required corrective action due on or before 10/23/2019. (culy) (Entered: 10/15/2019) |
| 10/14/2019 | 17 (3 pgs; 2 docs) | Hearing on MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13 Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (RE: related document(s): 16 Motion to Convert Case from Chapter 7 to 13 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). Hearing scheduled for 11/21/2019 at 02:00 PM at p02 Courtroom B, 54th Floor, U.S. Steel Tower, Pittsburgh. Responses due by 11/4/2019. (Attachments: # 1 Certificate of Service) (Steidl, Kenneth) (Entered: 10/14/2019) |
| 10/14/2019 | 16 (3 pgs; 2 docs) | Motion to Convert Case from Chapter 7 to Chapter 13 Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 10/14/2019) |
| 10/14/2019 | 15 (10 pgs; 2 docs) | Chapter 13 Plan . Plan Dated 10/03/2019.. Filed by Derek J. Rocco, Mary Rae Rocco (Steidl, Kenneth) (Entered: 10/14/2019) |
| 10/14/2019 | 14 (93 pgs; 3 docs) | Petition Completed Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Attachments: # 1 Schedules # 2 Paystubs) (Steidl, Kenneth) (Entered: 10/14/2019) |
| 10/03/2019 | 13 (2 pgs) | BNC Certificate of Mailing - PDF Document. (RE: related document(s): 12 Order on Motion to Extend Time to Complete the Bankruptcy Filing). Notice Date 10/03/2019. (Admin.) (Entered: 10/04/2019) |
| 10/01/2019 | 12 (2 pgs; 2 docs) | Order Granting Motion to Extend Time to Complete the Bankruptcy Filing (Related Doc # 11) Signed on 10/1/2019. Atty Disclosure Statement due 10/14/2019 for 1. Declaration of Schedules due 10/14/2019 for 1. Employee Income Record or a statement that there is no record due by 10/14/2019. Statement of Current Monthly Income FR 122A due by 10/14/2019. Schedules A-J due 10/14/2019 for 1. Statement of Financial Affairs due 10/14/2019 for 1. Summary of schedules due 10/14/2019 for 1. Incomplete Filings due by 10/14/2019 for 1. (RE: related document(s): 1 Voluntary Petition Chapter 7). (culy) (Entered: 10/01/2019) |
| 09/30/2019 | 11 (2 pgs; 2 docs) | Motion to Extend Time to Complete the Bankruptcy Filing Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco. (Attachments: # 1 Proposed Order) (Steidl, Kenneth) (Entered: 09/30/2019) |
| 09/20/2019 | 10 (1 pg) | Creditor Request for Notices on Behalf of *American Express National Bank* Filed by American Express National Bank (Mukherjee, Sabari) (Entered: 09/20/2019) |
| 09/20/2019 | 9 | Declaration Re: Electronic Filing (RE: related document(s): 1 Voluntary Petition Chapter 7 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (culy) (Entered: 09/20/2019) |
| 09/20/2019 | 8 (1 pg) | Creditor Request for Notices on Behalf of *BMW Bank of North America* Filed by BMW Bank of North America, c/o AIS Portfolio Services, LP (Sawarkar, Ketan) (Entered: 09/20/2019) |
| 09/17/2019 | 7 (1 pg) | Creditor Request for Notices on Behalf of Filed by PRA Receivables Management, LLC (Smith, Valerie) (Entered: 09/17/2019) |
| 09/17/2019 | 6 | Notice of Additional Filing Deficiencies. Assigned Judge: BOHM. Appointed Trustee: WILSON. Pursuant to Local Rule 1017-2, the United States Trustee is deemed to have filed a Motion To Dismiss this case, and that Motion will be deemed GRANTED, if any deadline set forth in the first docket entry or any of the following deadlines is not met. Incomplete Filings: THE DEBTORS' STATEMENT OF INTENTIONS IS DUE BY |

| | | |
|---|---|---|
| 10/16/2019 | | (9 related document(s)1 Voluntary Petition Chapter 7 filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco). (culy) (Entered: 09/17/2019) |
| 09/17/2019 | 5 | Update Statement of Intent Deadline Statement of Intentions due by 10/16/2019. (culy) (Entered: 09/17/2019) |
| 09/16/2019 | 4 | Receipt of Voluntary Petition Chapter 7(19-23634) [misc,volp7] ( 335.00) filing fee. Receipt number 14643849, amount $ 335.00. (U.S. Treasury) (Entered: 09/16/2019) |
| 09/16/2019 | [3](#) (2 pgs) | Certificate of Credit Counseling for briefing received on 09/10/2019. Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Steidl, Kenneth) (Entered: 09/16/2019) |
| 09/16/2019 | [2](#) (3 pgs) | Notice Regarding Filing of Mailing Matrix Filed by Debtor Derek J. Rocco, Joint Debtor Mary Rae Rocco (Steidl, Kenneth) (Entered: 09/16/2019) |
| 09/16/2019 | [1](#) (7 pgs) | Chapter 7 Voluntary Petition . Fee Amount $335 Filed by Derek J. Rocco, Mary Rae Rocco Government Proof of Claim due by 03/16/2020. Declaration Re: Electronic Filing due 09/30/2019. Atty Disclosure Statement due 09/30/2019. Declaration of Schedules due 09/30/2019. Employee Income Record or a statement that there is no record due by 09/30/2019. Statement of Current Monthly Income FR 122A due by 09/30/2019. Schedules A-J due 09/30/2019. Statement of Financial Affairs due 09/30/2019. Summary of schedules due 09/30/2019. Informational Notice Required by 342b due by 09/30/2019. Incomplete Filings due by 09/30/2019. (Steidl, Kenneth) (Entered: 09/16/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2023 18:27:20 | | | |
| **PACER Login:** | Florida01 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-23634-CMB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |