**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DEREK J. ROCCO <br> MARY RAE ROCCO <br><br> Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br> Movant <br> vs. <br> BMW BANK OF NORTH AMERICA <br><br> Respondents | Case No. 19-23634CMB <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED WITH NO EXPLANATION.

| | |
|---|---|
| BMW BANK OF NORTH AMERICA <br> ATTN CUSTOMER ACCOUNTING <br> 1400 CITY VIEW DR <br> COLUMBUS, OH 43215 | Court claim# 3/Trustee CID# 1 |

The Movant further certifies that on 10/16/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>DEREK J. ROCCO, MARY RAE ROCCO, 107 DRUID DRIVE, MCMURRAY, PA  15317 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| :<br>CHAPTER 13 BANKRUPTCY NOTICING, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK  73118<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>BMW BANK OF NORTH AMERICA, ATTN CUSTOMER ACCOUNTING, 1400 CITY VIEW DR, COLUMBUS, OH  43215 |