UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh Division

In re:
    Derek J. Rocco                                  Chapter 13
    Mary Rae Rocco                              Case No. 19-23634-CMB

    Debtors

_____

**<u>NOTICE OF APPEARANCE</u>**

      Please take notice that Orlans PC has been retained as Attorney for Creditor, BMW Bank of North America, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  November 22, 2024

                                                                   Respectfully Submitted,

                                                                   <u>/s/ Michael H. Kaliner</u>
                                                                   Michael H. Kaliner, Esq. PA 28747
                                                                   Orlans PC
                                                                   Attorney for BMW Bank of North America
                                                                   200 Eagle Road, Bldg 2, Suite 120
                                                                   Wayne, PA 19087
                                                                   (484) 367-4191
                                                                   Email: mkaliner@orlans.com
                                                                   File Number: 24-015535