**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DEREK J. ROCCO<br>MARY RAE ROCCO<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>  DEREK J. ROCCO<br>MARY RAE ROCCO<br><br>        Respondents | Case No.19-23634CMB<br><br><br>Chapter 13<br><br><br>Document No._121_____ |

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

AND NOW, this __28th_____ day of _January_ , 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Agile It
Attn: Payroll
1420 Kettner Blvd
Suite 100
San Diego,CA 92101

is hereby ordered to immediately terminate the attachment of the wages of DEREK J. ROCCO, social security number

XXX-XX-4128.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEREK J. ROCCO.

BY THE COURT:

_Carlota M. Böhm_
                                                dmr
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
1/28/25 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-23634-CMB

Derek J. Rocco                                                                              Chapter 13

Mary Rae Rocco

      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

**Recip ID                        Recipient Name and Address**
db/jdb                        +  Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

**Name                                   Email Address**

Christopher A. DeNardo
                              on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Christopher A. DeNardo
                              on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com

Denise Carlon
                              on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com

Jerome B. Blank
                              on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Kenneth Steidl
                              on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com
                              ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: Jan 28, 2025                          Form ID: pdf900                               Total Noticed: 1

Kenneth Steidl
                    on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com
                    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                    eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
                    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Michael H Kaliner
                    on behalf of Creditor BMW Bank of North America mkaliner@orlans.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
                    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Roger Fay
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
                    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Thomas Song
                    on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com


TOTAL: 15