**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DEREK J. ROCCO <br> MARY RAE ROCCO <br>        Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>        Movant <br>        vs. <br> No Respondents. | Case No.:19-23634 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/16/2019 and confirmed on 12/16/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | | |
|---|---:|---:|---:|---:|
| Total Receipts | | | | 284,471.01 |
| Less Refunds to Debtor | | 539.26 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 283,931.75 |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,400.00 | | |
|   Trustee Fee | | 14,750.69 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 18,150.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 141,717.22 | 0.00 | 141,717.22 |
|     Acct: 4555 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 2,285.45 | 2,285.45 | 0.00 | 2,285.45 |
|     Acct: 4555 | | | | |
|   BMW BANK OF NORTH AMERICA | 23,714.24 | 23,714.24 | 0.00 | 23,714.24 |
|     Acct: 8477 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 0.00 | 22,025.43 | 0.00 | 22,025.43 |
|     Acct: 1278 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 356.60 | 356.60 | 0.00 | 356.60 |
|     Acct: 1278 | | | | |
| | | | | 190,098.94 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEREK J. ROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEREK J. ROCCO | 539.26 | 539.26 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 7,955.54 | 2,386.66 | 0.00 | 2,386.66 |
|     Acct: 1003 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,432.37 | 429.71 | 0.00 | 429.71 |
|     Acct: 5905 | | | | |
|   CITIZENS BANK NA** | 66,411.67 | 19,923.50 | 0.00 | 19,923.50 |
|     Acct: 7417 | | | | |
|   CITIZENS BANK NA** | 35,347.32 | 10,604.20 | 0.00 | 10,604.20 |
|     Acct: 7920 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 11,146.30 | 3,343.89 | 0.00 | 3,343.89 |
|     Acct: 5172 | | | | |
|   KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MED FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 8,420.21 | 2,526.06 | 0.00 | 2,526.06 |
| | Acct: 0651 | | | | |
| | PROSPER MARKETPLACE INC | 9,536.75 | 2,861.03 | 0.00 | 2,861.03 |
| | Acct: 9507 | | | | |
| | QUANTUM3 GROUP LLC AGENT - VELOCI | 21,405.31 | 6,421.59 | 0.00 | 6,421.59 |
| | Acct: 6919 | | | | |
| | LVNV FUNDING LLC | 86,153.73 | 25,846.12 | 0.00 | 25,846.12 |
| | Acct: 3189 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLEGE AVE STUDENT LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO BANK NA | 2,320.57 | 696.17 | 0.00 | 696.17 |
| | Acct: 8035 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4128 | | | | |
| | CITIBANK NA** | 2,143.98 | 643.19 | 0.00 | 643.19 |
| | Acct: 4185 | | | | |
| | ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5567 | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 75,682.12 |

TOTAL PAID TO CREDITORS                                                                                265,781.06

TOTAL CLAIMED
PRIORITY           0.00
SECURED       26,356.29
UNSECURED    252,273.75

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DEREK J. ROCCO
   MARY RAE ROCCO
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:19-23634

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23634-CMB |
| Derek J. Rocco | Chapter 13 |
| Mary Rae Rocco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607 |
| 15123535 | + | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123543 | + | MedFinancial, 298 N. Seven Oaks Drive, Knoxville, TN 37922-2369 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2025 03:05:23 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 04 2025 03:28:39 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 04 2025 01:40:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:16:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15251691 | ^ | MEBN | Mar 04 2025 01:07:24 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15123532 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:18:01 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15126327 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2025 03:17:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159354 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 04 2025 03:05:44 | BMW Bank, Pob 78066, Phoenix, AZ 85062-8066 |
| 15123533 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 04 2025 03:28:52 | BMW Credit, PO Box 78066, Phoenix, AZ 85062-8066 |
| 15265323 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 04 2025 01:40:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15170516 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2025 01:40:00 | Citizens Bank N.A., One Citizens Bak Way mailstop JCA115, Johnston, RI 02919 |
| 15123534 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 03:05:21 | Chase Bank, Po Box 15369, Wilmington, DE 19850-5369 |
| 15182443 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2025 03:17:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15298096 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2025 01:40:00 | Community Loan Servicing, LLC, 4425 Ponce De |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | Code | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15123537 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 04 2025 01:40:00 | First National Bank of PA, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15166914 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 04 2025 01:40:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15123538 | + | Email/Text: servicingmailhub@flagstar.com | Mar 04 2025 01:41:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15123539 | | Email/Text: bankruptcy@huntington.com | Mar 04 2025 01:41:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15165202 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 04 2025 01:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15123540 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 04 2025 01:41:00 | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15163116 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:18:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15508656 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2025 01:40:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15695636 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2025 01:40:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15318981 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 04 2025 01:41:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15123545 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15183624 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15123544 | + | Email/Text: recovery@paypal.com | Mar 04 2025 01:40:00 | Paypal Credit, 2211 N. 1st St., San Jose, CA 95131-2021 |
| 15125889 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15123547 | + | Email/Text: dispute@velocityrecoveries.com | Mar 04 2025 01:40:00 | Prosper Loans, c/o Velocity Investments LLC, 1800 State Route 34 Ste 404A, Wall, NJ 07719-9147 |
| 15123546 | ^ | MEBN | Mar 04 2025 01:07:38 | Prosper Loans, c/o Prosper Marketplace, Inc., 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 15178475 | + | Email/Text: bncmail@w-legal.com | Mar 04 2025 01:41:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15177803 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2025 01:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15123548 | + | Email/Text: correspondence@credit-control.com | Mar 04 2025 01:40:00 | SoFi Lending, c/o Credit Control LLC, 5757 Phantom Drive, #330, Hazelwood, MO 63042-2429 |
| 15123549 | | Email/Text: PFS.Analyst@stclair.org | Mar 04 2025 01:41:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15124273 | ^ | MEBN | Mar 04 2025 01:07:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155148 | | Email/Text: bankruptcy@huntington.com | Mar 04 2025 01:41:00 | THE HUNTINGTON NATIONAL BANK, PO |

| Recip ID | | | |
|---|---|---|---|
| 15123550 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Mar 04 2025 03:05:49 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 BOX 889424, CLEVELAND, OH 44101-8539 |
| 15181212 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Mar 04 2025 05:10:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | Community Loan Servicing, LLC |
| cr | | Matrix Financial Services Corporation |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15172701 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15123536 | *+ | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123541 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15123542 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 41 |

|  |  |
|---|---|
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael H Kaliner | on behalf of Creditor BMW Bank of North America mkaliner@orlans.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| Roger Fay | on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Thomas Song | on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com |

TOTAL: 15