| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Derek J. Rocco<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4128<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Mary Rae Rocco<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6312<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–23634–CMB | | |

# Order of Discharge                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derek J. Rocco                                Mary Rae Rocco

_4/17/25_                                     **By the court:** <u>Carlota M Bohm</u>
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Derek J. Rocco  
Mary Rae Rocco  
    Debtors

Case No. 19-23634-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 17, 2025      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607 |
| 15123535 | + | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123543 | + | MedFinancial, 298 N. Seven Oaks Drive, Knoxville, TN 37922-2369 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 18 2025 05:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 18 2025 05:51:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: BMW.COM | Apr 18 2025 05:51:00 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Apr 18 2025 02:18:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | EDI: PRA.COM | Apr 18 2025 05:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15251691 | ^ | MEBN | Apr 18 2025 02:04:41 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15123532 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:34:45 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15126327 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:22:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159354 | + | EDI: BMW.COM | Apr 18 2025 05:51:00 | BMW Bank, Pob 78066, Phoenix, AZ 85062-8066 |
| 15123533 | | EDI: BMW.COM | Apr 18 2025 05:51:00 | BMW Credit, PO Box 78066, Phoenix, AZ 85062-8066 |
| 15265323 | + | EDI: LCIBAYLN | Apr 18 2025 05:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15170516 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 18 2025 02:17:00 | Citizens Bank N.A., One Citizens Bak Way mailstop JCA115, Johnston, RI 02919 |
| 15123534 | + | EDI: JPMORGANCHASE | Apr 18 2025 05:51:00 | Chase Bank, Po Box 15369, Wilmington, DE 19850-5369 |

Case 19-23634-CMB   Doc 137   Filed 04/19/25   Entered 04/20/25 00:27:22   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 42 |

| Record | Delivery | Date/Time | Recipient |
|---|---|---|---|
| 15182443 | EDI: CITICORP | Apr 18 2025 05:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15298096 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15123537 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2025 02:17:00 | First National Bank of PA, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15166914 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2025 02:17:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15123538 | + Email/Text: servicingmailhub@flagstar.com | Apr 18 2025 02:19:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15123539 | Email/Text: bankruptcy@huntington.com | Apr 18 2025 02:18:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15165202 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 18 2025 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15123540 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 18 2025 02:19:00 | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15163116 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:22:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15508656 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15695636 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15318981 | Email/Text: peritus@ebn.phinsolutions.com | Apr 18 2025 02:19:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15123545 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15183624 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15123544 | + Email/Text: recovery@paypal.com | Apr 18 2025 02:17:00 | Paypal Credit, 2211 N. 1st St., San Jose, CA 95131-2021 |
| 15125889 | EDI: PENNDEPTREV | Apr 18 2025 05:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15123547 | + Email/Text: dispute@velocityrecoveries.com | Apr 18 2025 02:18:00 | Prosper Loans, c/o Velocity Investments LLC, 1800 State Route 34 Ste 404A, Wall, NJ 07719-9147 |
| 15123546 | ^ MEBN | Apr 18 2025 02:05:30 | Prosper Loans, c/o Prosper Marketplace, Inc., 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 15178475 | + Email/Text: bncmail@w-legal.com | Apr 18 2025 02:19:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15177803 | EDI: Q3G.COM | Apr 18 2025 05:51:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15123548 | + Email/Text: correspondence@credit-control.com | Apr 18 2025 02:18:00 | SoFi Lending, c/o Credit Control LLC, 5757 Phantom Drive, #330, Hazelwood, MO 63042-2429 |
| 15123549 | Email/Text: PFS.Analyst@stclair.org | Apr 18 2025 02:19:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15124273 | ^ MEBN | | |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 17, 2025 | | Form ID: 3180W | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 18 2025 02:05:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155148 | | Email/Text: bankruptcy@huntington.com | Apr 18 2025 02:18:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 15123550 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 18 2025 02:22:44 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 15181212 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 02:34:34 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | Community Loan Servicing, LLC |
| cr | | Matrix Financial Services Corporation |
| cr | | NATIONSTAR MORTGAGE LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15172701 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15123536 | *+ | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123541 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15123542 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 4 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Kenneth Steidl | |

| | |
|---|---|
| | on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael H Kaliner | |
| | on behalf of Creditor BMW Bank of North America ANHSOrlans@InfoEx.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | |
| | on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com |
| Roger Fay | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |
| Thomas Song | |
| | on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com |

TOTAL: 15