# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEREK J. ROCCO
MARY RAE ROCCO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23634

Chapter 13

Document No.: 126

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __17th__ day of __April__, 20 25, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/17/25 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23634-CMB |
| Derek J. Rocco | Chapter 13 |
| Mary Rae Rocco | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek J. Rocco, Mary Rae Rocco, 107 Druid Drive, McMurray, PA 15317-3607 |
| 15123535 | + | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123543 | + | MedFinancial, 298 N. Seven Oaks Drive, Knoxville, TN 37922-2369 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:24:03 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 18 2025 02:23:31 | BMW Financial Services, 1400 City View Drive, Columbus, OH 43215-1477 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Apr 18 2025 02:18:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:34:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15251691 | ^ | MEBN | Apr 18 2025 02:04:42 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15123532 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:24:10 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15126327 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:24:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15159354 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 18 2025 02:22:58 | BMW Bank, Pob 78066, Phoenix, AZ 85062-8066 |
| 15123533 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 18 2025 02:24:15 | BMW Credit, PO Box 78066, Phoenix, AZ 85062-8066 |
| 15265323 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 18 2025 02:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15170516 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 18 2025 02:17:00 | Citizens Bank N.A., One Citizens Bak Way mailstop JCA115, Johnston, RI 02919 |
| 15123534 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 02:34:32 | Chase Bank, Po Box 15369, Wilmington, DE 19850-5369 |
| 15182443 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:23:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15298096 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Community Loan Servicing, LLC, 4425 Ponce De |

Case 19-23634-CMB   Doc 138   Filed 04/19/25   Entered 04/20/25 00:27:22   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | Code | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15123537 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2025 02:17:00 | First National Bank of PA, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15166914 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2025 02:17:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 15123538 | + | Email/Text: servicingmailhub@flagstar.com | Apr 18 2025 02:19:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15123539 | | Email/Text: bankruptcy@huntington.com | Apr 18 2025 02:18:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 15165202 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 18 2025 02:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15123540 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 18 2025 02:19:00 | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15163116 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:22:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15508656 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15695636 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:17:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 15318981 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 18 2025 02:19:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15123545 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15183624 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2025 02:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15123544 | + | Email/Text: recovery@paypal.com | Apr 18 2025 02:17:00 | Paypal Credit, 2211 N. 1st St., San Jose, CA 95131-2021 |
| 15125889 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15123547 | + | Email/Text: dispute@velocityrecoveries.com | Apr 18 2025 02:18:00 | Prosper Loans, c/o Velocity Investments LLC, 1800 State Route 34 Ste 404A, Wall, NJ 07719-9147 |
| 15123546 | ^ | MEBN | Apr 18 2025 02:05:31 | Prosper Loans, c/o Prosper Marketplace, Inc., 221 Main St., Suite 300, San Francisco, CA 94105-1909 |
| 15178475 | + | Email/Text: bncmail@w-legal.com | Apr 18 2025 02:19:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15177803 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2025 02:18:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15123548 | + | Email/Text: correspondence@credit-control.com | Apr 18 2025 02:18:00 | SoFi Lending, c/o Credit Control LLC, 5757 Phantom Drive, #330, Hazelwood, MO 63042-2429 |
| 15123549 | | Email/Text: PFS.Analyst@stclair.org | Apr 18 2025 02:19:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15124273 | ^ | MEBN | Apr 18 2025 02:05:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15155148 | | Email/Text: bankruptcy@huntington.com | Apr 18 2025 02:18:00 | THE HUNTINGTON NATIONAL BANK, PO |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | BOX 889424, CLEVELAND, OH 44101-8539 |
| 15123550 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 18 2025 03:40:19 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 15181212 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 18 2025 03:40:19 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Bank of North America |
| cr | | Community Loan Servicing, LLC |
| cr | | Matrix Financial Services Corporation |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15172701 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15123536 | *+ | Citizens Bank, 121 South 13th St., Lincoln, NE 68508-1904 |
| 15123541 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15123542 | *+ | Key Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Community Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Bayview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Derek J. Rocco julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Mary Rae Rocco julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 17, 2025 | Form ID: pdf900 | Total Noticed: 41 |

eidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael H Kaliner
    on behalf of Creditor BMW Bank of North America ANHSOrlans@InfoEx.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    on behalf of Trustee Pamela J. Wilson pwilson@pjwlaw.net pwilson@ecf.axosfs.com

Roger Fay
    on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Thomas Song
    on behalf of Creditor Matrix Financial Services Corporation pawb@fedphe.com

TOTAL: 15